UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **5:21-cv-00570-SB-MAA** | Date: **July 14, 2021** |
| Title **Juan Francisco Molina v. W.L. Montgomery** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 8)**

On February 22, 2021, the Court received and filed Petitioner Juan Francisco Molina's ("Petitioner") *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Pet., ECF No. 1.)

On May 8, 2021, Respondent W.L. Montgomery ("Respondent") filed a Motion to Dismiss the Petition ("Motion to Dismiss"). (Mot. to Dismiss, ECF No. 8.) By the terms of this Court's April 7, 2021 Order Requiring Response, Petitioner's Opposition to the Motion to Dismiss was due within thirty days after service of that Motion. (Or. Requiring Response, ECF No. 6, at 2–3.)

To date, Petitioner has not filed an Opposition to the Motion.

Petitioner is **ORDERED TO SHOW CAUSE** by **August 13, 2021** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner is advised that failure to file an Opposition to the Motion may be construed as consent to the granting of the Motion and will result in a recommendation that the lawsuit be dismissed.** *See* **C.D. Cal. L.R. 7-12.**

**Petitioner also is advised that failure to comply with this Order by August 13, 2021 will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.** See **C.D. Cal. L.R. 41-1.**

It is so ordered.

|  | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | JM |