JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JUAN FRANCISCO MOLINA,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY,<br><br>Respondent. | Case No. 5:21-CV-00570-SB-MAA<br><br>**JUDGMENT** |
|---|---|

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

Dated: September 6, 2022

Stanley Blumenfeld, Jr.
United States District Judge