# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MOLINA,<br><br>Petitioner,<br><br>v.<br><br>JAMES HILL, Warden,<br><br>Respondent. | Case No. 5:21-cv-00570-SB (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

Dated: October 24, 2024

Stanley Blumenfeld, Jr.
United States District Judge